**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 10-11478 (MG) |
|  | ) |  |
| TSU YUE WANG, | ) | Chapter 11 |
|  | ) |  |
| Debtor. | ) | (Closed) |
|  | ) |  |

## ORDER DENYING DEBTOR'S MOTION TO REOPEN CASE

Upon the Motion (ECF Doc. # 162) of Tsu Yue Wang seeking an order reopening his individual chapter 11 case, and the hearing held before the Court on May 28, 2014 (the "Hearing"), it is hereby

ORDERED that the Motion is **DENIED** for the reasons stated on the record at the Hearing.

Dated: May 28, 2014
        New York, New York

                                        /s/Martin Glenn
                                        MARTIN GLENN
                                        United States Bankruptcy Judge